# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143625

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC: 143625
                                                COA: 295811
                                                Kent CC: 05-012474-FC

EDWIN GREGORIO LARIO-MUNOZ,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 30, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARILYN KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012                                 _____

t0125                                            Clerk